FILED

FEB 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: EMMA ADAMS.<br>_____<br><br>EMMA ADAMS,<br><br>   Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,<br><br>   Respondent,<br><br>AQUA 388 COMMUNITY ASSOCIATION; et al.,<br><br>   Real Parties in Interest. | No. 26-863<br><br>D.C. No.<br>2:23-cv-02498-SB-JPR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

The court has received the emergency motion to stay. The request for an administrative stay is granted. The district court's February 2, 2026 order is temporarily stayed pending resolution of the motion to stay. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

Real parties in interest must file an answer to the petition for a writ of mandamus and a response to the motion to stay by February 18, 2026. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply by February 20, 2026.

The clerk will send a copy of this order to the district court and Judge Blumenfeld.